UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
SCOTT H. WOOLEVER
SHERRY R. WOOLEVER  CASE NO. 14-80470

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Crown Mortgage Company          **Court claim #:  2**

**Last four digits** of any number used to identify the debtor's account: 8826

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $42,193.06 |
| Amount Paid by Trustee | $42,193.06 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: ☐ Thru the Chapter 13 Plan   ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/04/18         /s/Lydia S. Meyer
                          Lydia S. Meyer, Trustee
                          308 W. State St., Suite 212
                          Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of October, 2018

Dated:  10/04/18          /s/Cynthia K. Burnard

CROWN MORTGAGE COMPANY
6141 WEST 95TH STREET
OAK LAWN, IL 60453

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

SCOTT H. WOOLEVER
SHERRY R. WOOLEVER
17304 FIELDSTONE DR.
MARENGO, IL  60152

ERIC PRATT LAW FIRM PC
5411 E. STATE ST., SUITE 202
ROCKFORD, IL  61108