UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                    CHAPTER 13
SCOTT H. WOOLEVER
SHERRY R. WOOLEVER                                        CASE NO. 14-80470

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Fieldstone Place Homeowners Assoc.   **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 7304

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $3126.42 (Per Confirmed Plan Filed 8/1/14) |
| Amount Paid by Trustee | $3126.42 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/04/18                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of October, 2018

Dated:  10/04/18                     /s/Cynthia K. Burnard

FIELDSTONE PLACE HOMEOWNERS ASSOC
% SUSAN REIMANN
17210 COBBLESTONE PLACE
MARENGO, IL 60152

ATTORNEY DANIEL J. NICKEL PC
9 W. WASHINGTON, SUITE 414
CHICAGO, IL  60602

SCOTT H. WOOLEVER
SHERRY R. WOOLEVER
17304 FIELDSTONE DR.
MARENGO, IL  60152

ERIC PRATT LAW FIRM PC
5411 E. STATE ST., SUITE 202
ROCKFORD, IL  61108